# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>            **v.**<br><br>**COLONIAL TIDEWATER REALTY INCOME PARTNERS, LLC, et al.,**<br><br>                              **Defendants.** | **Case No. 1:15-cv-2401** |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION TO ESTABLISH A RECEIVERSHIP ESTATE AND TO APPOINT A RECEIVER

Pursuant to Federal Rule of Civil Procedure 7(b), plaintiff Securities and Exchange Commission (the "Commission") hereby moved this Court to establish a receivership estate and to appoint of a receiver over Colonial Tidewater Realty Income Partners, LLC ("Colonial Tidewater") to preserve and protect its assets while performing an assessment of the estate and its potential as a source of relief to defrauded investors. For the reasons set forth in the accompanying memorandum of law, the Complaint, and the Consents of Colonial Tidewater, James R. Glover, and Sherman T. Hill, the Commission respectfully requests that the Court grant the Commission's motion and enter the proposed order submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  August 13, 2015 | ____/s/_____ <br> David L. Axelrod (Bar ID: 803801) <br> Christopher R. Kelly (Bar ID: 803777) |

Attorneys for Plaintiff:

U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103
Tel: (215) 597-3100
Fax: (215) 597-2740

KellyCR@sec.gov