IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL TIDEWATER REALTY INCOME PARTNERS, LLC, et al.,<br><br>Defendants. | Case No. 1:15-cv-02401-ELH |

### MOTION OF RECEIVER TO SEAL CERTAIN
### <u>EXHIBITS TO RECEIVER'S FIRST INTERIM FEE APPLICATION</u>

Marion A. Hecht of CliftonLarsonAllen, LLP (the "Receiver"), court-appointed Receiver of Colonial Tidewater Realty Income Partners, LLC ("Colonial Tidewater") hereby files this Motion to Seal Certain Exhibits to the Receiver's First Interim Fee Application (the "Motion"). In support of the Motion, the Receiver respectfully states as follows.

### BACKGROUND FACTS

1. This Action was initiated by the Securities and Exchange Commission on August 13, 2015.

2. On August 26, 2015, the Court entered the Order Establishing Receivership Estate and Appointing Receiver (Docket Entry No. 16), which appointed the Receiver as receiver for Colonial Tidewater (the "Appointment Order").

3. Pursuant to this Court's order entered March 16, 2016, the Receiver is filing her First Interim Fee Application (the "Fee Application") on or before March 22, 2016.

4. The following Exhibits to the Fee Application are comprehensive invoices setting forth in detail the services provided by the Receiver and her supporting staff at CliftonLarsonAllen LLP ("Clifton"), and her counsel, Sands Anderson PC ("Receiver's Counsel) during the period August 26, 2015 and ending January 31, 2016 (collectively, the "Professional Time Exhibits"):

>Exhibit F – Detailed Invoices of Clifton's Professional Time
>
>Exhibit L – Detailed Invoices of Receiver's Counsel Professional Time

5. The Receiver is requesting that this Court seal the Professional Time Exhibits to the Fee Application to protect and to preserve the confidentiality of Receiver and counsel work product, the Receiver's deliberations and strategy as well as of material provided to the Receiver in conjunction with the administration of the receivership estate.

6. Since the entry of the Receivership Order, the Receiver has been focused on determining the nature, location and value of all Receivership Assets, which investigation is ongoing.

7. The Receiver has communicated extensively with Receiver's Counsel regarding the maximization of value of the Receivership Assets, the litigation strategy regarding certain Receivership Assets, and the monetization of Receivership Assets.

8. The Receiver is requesting the Professional Time Exhibits to the Fee Application be sealed now to protect the confidentiality of her communications with counsel and to prevent the dissemination of work product and other confidential information. The confidential nature of the information sought to be sealed demonstrates that the requirements of Local Rule 105.11 are satisfied as to such material.

9.  Pursuant to the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, the Receiver has provided the Professional Time Exhibits to the SEC for review prior to filing the Fee Application.

10. The Receiver has consulted with SEC counsel prior to filing this Motion to Seal and SEC counsel does not object.

WHEREFORE, the Receiver respectfully requests that this Court enter an order (i) granting this Motion; (ii) sealing the Professional Time Exhibits to the Fee Application; and (iii) granting such other relief as the Court deems just and proper.

Date:   March 22, 2016                          Respectfully submitted,

/s/ J. Jonathan Schraub
J. Jonathan Schraub, MD Bar No. 02708
George R. Pitts, VA Bar No. 24978
SANDS ANDERSON, PC
1497 Chain Bridge Road, Suite 202
McLean, Virginia 22101-5728
Email: JJSchraub@SandsAnderson.com
       GPitts@SandsAnderson.com
Telephone: 703.893.3600
Facsimile:  703.893.8484

*Counsel for Receiver Marion A. Hecht*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2016 a true and correct copy of the foregoing was served via U.S. Mail upon the following parties:

Christopher R. Kelly, Esq.
U.S. Securities and Exchange Commission
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia, PA 19103

Sherman T. Hill
4515 King George Court
Perry Hall, MD 21128

Wilbur W. Bolton, III, Esq.
102 S. Parke Street
Aberdeen, MD 21001
*Counsel for Sherman T. Hill*

James R. Glover
2000 Wilson Road
White Hall, MD 21161

Mark Manache, Esq.
PK Law
901 Dulaney Valley Road, Suite 500
Towson, MD 21204
*Counsel for James R. Glover*

/s/ J. Jonathan Schraub