FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 SEP -7 PM 4:18

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL TIDEWATER REALTY INCOME PARTNERS, LLC, et al.,<br><br>Defendants. | Case No. 1:15-cv-02401-ELH |

## ORDER APPROVING RECEIVER'S FINAL FEE APPLICATION

This matter is before the Court on the Motion for Approval of Final Fee Application for the period from April 1, 2018 through August 17, 2018 (the "Motion") filed by Marion A. Hecht of CliftonLarsonAllen, LLP, the Receiver appointed in the above-captioned case (the "Receiver"). The Court, having considered the Motion and all papers and pleadings filed in support thereof, and no opposition having been filed, and good cause appearing therefor, hereby orders that:

1. The Motion is GRANTED in its entirety.

2. Payment to CliftonLarsonAllen LLP ("Clifton") in the amount of $41,946.50 for the services of the Receiver and for accounting and other services in support of the Receiver performed during the period April 1, 2018 through August 17, 2018, representing one hundred percent (100%) of Receiver's fees, is APPROVED and may be paid by the Receiver at this time; and

3. Payment to Clifton in the amount of $2,500.00 representing the tax services and expenses for the 2018 Qualified Settlement Fund return for the Colonial Tidewater receivership and the return filed with the Commonwealth of Virginia.

4. Payment to Clifton in the amount of $307.51 for expenses incurred during the period April 1, 2018 through August 17, 2018, representing one hundred percent (100%) of Receiver's expenses, is APPROVED and may be paid by the Receiver at this time; and

5. Payment to Clifton in the amount of $72,237.06, such payment representing the *20% holdback* from August 26, 2015 through March 31, 2018, is APPROVED and may be paid by the Receiver at this time; and

6. Payment to Receiver's Counsel, Sands Anderson PC ("Receiver's Counsel") in the amount of $8,474.00 for services performed during the period April 1, 2018 through August 17, 2018, representing one hundred percent (100%) of Receiver's Counsel's fees, is APPROVED and may be paid by the Receiver at this time; and

7. Payment to Receiver's Counsel in the amount of $331.42 for expenses incurred during the period April 1, 2018 through August 17, 2018, representing one hundred percent (100%) of Receiver's Counsel's expenses, is APPROVED and may be paid by the Receiver at this time; and

8. Payment to Receiver's Counsel in the amount of $13,488.94, such payment representing the *20% holdback* from August 26, 2015 through March 31, 2018, is APPROVED and may be paid by the Receiver at this time.

9. The Receiver shall seek approval from the Court for the Receiver's and the Receiver's counsel's fees and expenses from August 18, 2018, until the termination of the

2

Receivership Estate at the time the Receiver files notice with the Court that the IRS has responded to all Forms 4810 and the Receiver seeks her discharge.

IT IS SO ORDERED, this 7th day of Sept., 2018.

Provided, however, that by 9/24/18, a party may move to rescind this Order as improvidently granted.

Ellen L. Hollander
United States District Judge

3